IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | |
| DANIEL JIMENEZ FONTANEZ | : | CRIMINAL NO.12-531-1 |

O R D E R

AND NOW, this 17th day of August, 2015, upon consideration of the Defendant's Motion for Reduction of Sentence pursuant to 18 U.S. C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines (Doc. No. 102), and the government's response thereto, it is hereby ORDERED the the motion is DENIED because the amended guideline was applied at the defendant's sentencing in December 2014.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.